PROB 12C  
(7/93)

Report Date: January 27, 2010

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JAN 27 2010**

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin Demack Scribner        Case Number: 2:02CR02156-001 and
                                                                2:08CR02126-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 03/05/2003  2:02CR02156-001
                           10/11/2007  2:08CR02126-001

| | | |
|---|---|---|
| Original Offense: 2:02CR02156-001 | Ct. 2: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g) and 924(a)(2)  Ct. 3: Possession of Unregistered Firearm 26 U.S.C. §§ 5841, 5861(d), and 5871 | |
| 2:08CR02156-001 | Ct. 1: Possessing Contraband in Prison, 18 U.S.C. §§ 1791(a)(2), (b)(3) | |
| Original Sentence: | Prison - 51 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| | Prison - 18 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Robert A. Ellis | Date Supervision Commenced: 9/21/2009 |
| Defense Attorney: | Rick Hoffman | Date Supervision Expires: 7/20/2011 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 11/12/2009.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On January 27, 2010, Mr. Scribner was booked into the Yakima City Jail and charged with unlawful use of force upon or towards (victim's name - dob: 8/30/96,) by shooting him with an airsoft gun, Yakima Police Department case number 2010-1370. |
| | A narrative report has been requested. |

Prob12C
Re: Scribner, Franklin Demack
January 27, 2010
Page 2

| 3 | **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |
|---|---|

**Supporting Evidence**: Mr. Scribner failed to notify his probation officer of having contact with law enforcement on January 24, 2010.

On January 25, 2010, this officer conducted a home visit at Mr. Scribner's residence. The defendant advised he was interviewed by a social worker regarding an allegation of him disciplining his girlfriend's son by spanking him. Mr. Scribner failed to report he was also interviewed by a Yakima Police Department detective, who is a law enforcement officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/27/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

*Edward F Shea*
Signature of Judicial Officer

1/27/10
Date